IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| AARON JONES, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 6:23-cv-470-JDK |
| § | |
| ONLINE INFORMATION SERVICES, § | |
| INC., et al., § | |
| § | |
| Defendants. § | |

**ORDER OF DISMISSAL**

Plaintiff Aaron Jones has voluntarily dismissed Defendants Trans Union, LLC (Docket No. 14); Equifax Information Services, LLC (Docket No. 23); and Experian Information Solutions, Inc. (Docket No. 24) with prejudice and Defendants Online Information Services, Inc. (Docket 7); CMRE Financial Services, Inc. (Docket No. 20); and Action Revenue Recovery (Docket No. 22) without prejudice.

Accordingly, pursuant to Plaintiff's voluntary dismissals under Federal Rule of Civil Procedure 41(a)(1)(A)(i), all pending claims in this case are **DISMISSED** as stated above. Each party shall bear its own costs and fees.

On January 10, 2024, the Court entered an Order on Case Procedure. Docket No. 21. Based on counsel Joel Halvorsen's filing of more than seventy cases alleging violations of the Fair Debt Collection Act or Fair Credit Reporting Act against multiple defendants in the Tyler Division last year, the Court's order implements case-management procedures to streamline these cases for the Court and for the

parties. Pursuant to the Order on Case Procedure, Plaintiff is required to notify the Court when all pending claims have been disposed of and the case should be closed. Docket No. 21 ¶ 5.

In this case, Plaintiff voluntarily dismissed the last defendant on January 25, 2024. Docket No. 24. Two weeks have passed since that dismissal, and Plaintiff has not filed the required notice. And this is not the only case in which Plaintiff's counsel has ignored the Court's orders. Counsel for Plaintiff is cautioned that continued failure to follow Court orders in any case before the undersigned may result in sanctions.

All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **8th** day of **February, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE